No counsel marked as appearing for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for an assault with intent to murder. In the transcript there was no judgment of the county court. On motion of the Attorney-General the appeal was dismissed.
Opinion PER CURIAM.

---

## Patterson v. The State.

APPEAL from Pike Criminal Court.

Tried before the Hon. W. H. PARKS.

M. N. CARLISLE, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant, a woman, was indicted, tried and convicted for living in adultery.  Affirmed.
Opinion by McCLELLAN, J.

---

## Pope *et als.* v. Peak *et als.*

APPEAL from Bullock Chancery Court.

Heard before the Hon. JERE N. WILLIAMS.

NORMAN & SON, for appellants.

D. S. BETHUNE and T. H. WATTS, *contra.*

The bill in this case was filed by J. H. Pope, as the administrator of the estate of W. B. Holmes, and Mary